Plaintiff's Name **Alphonso Ramon Clark**
Prisoner No. **214042-4**
Institutional Address **2100 Napa Vallejo Hwy**
**Napa, CA 94558**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**Alphonso Ramon Clark**
*(Enter your full name)*

v.

**Napa State Hospital**
**Dr. Romono**
**Dr. Chough**
**Nurse Rosa**

*(Enter the full name(s) of all defendants in this action)*

Case No. _____
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

### I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement **Napa State Hospital**

B. Is there a grievance procedure in this institution?  ☒ YES  ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES  ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: **I asked Chief Medical Doctor Romono to refer me for a second opinion and he refused. This took place in 2016**

2. First formal level: **Medical board of California refused to take action against Dr Edward K. Chough for Medical Malpractice 8002018048095  9/20/2018**

3. Second formal level: Medical board of California was wrong in not reprimanding DR Chough IN 5/15/2019  8002018048095

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES    ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

B. For each defendant, provide full name, official position and place of employment.
Romono Chief Medical Doctor NAPA State Hospital, Edward Kookhyung Chough, Surgeon NAPA State Hospital, Rosa Wound Care Specialist, NAPA State Hospital

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I was wrongly diagnosed for having an abscess and had two operations because of it, it turned out to be a fistula this was Medical Malpractice by Dr. Chough. I Could

had died because of this Misdiagnoses I asked Chief Medical Doctor Romono to refer Me to another Surgeon for a second opinion and he refused. This took place in 2016. Nurse Rosa who is a Wound Care Specialist, believed i had a fistala, Not a abscess but Was in fear of losing her Job if going agacit Dr Chough. I believe all this took place in 2016. Help

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I Want all patient to be granted a second opinion if requested. I also Want Dr Chough to be reprimanded.

I Want Monetary relief of four Million Dollars.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 8/18/2021     Alphonso Clark
              Date                 Signature of Plaintiff