Alphonso Clark
2100 Napa Vallejo Hwy
Napa, CA 94558

LEGAL MAIL

INSPECTED BY U.S. PENITENTIARY

Office of the Clerk U.S. District Court
Northern District Of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, California 94102

RECEIVED
AUG 19 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

