UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO R. CLARK,<br><br>        Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>        Defendants. | Case No. 21-06512 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed the instant action with prejudice for failure to state a claim for relief and as untimely. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: _December 21, 2021____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.21\06512Clark_judgment